# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV120 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| $16,605.00 in UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM CRAWFORD, | ) | |
| | ) | |
| Claimant. | ) | |

This matter is before the court on the telephone conference held between counsel for the plaintiff and Adam Crawford, the claimant. Under the circumstances, the court will continue progression of the case to allow the parties to continue with discovery. Upon consideration,

**IT IS ORDERED:**

1. A final pretrial conference by telephone with the undersigned magistrate judge will be held **May 5, 2011, at 1:30 p.m.** to schedule the case to trial. Plaintiff's counsel shall initiate the conference and arrange for the participation of the claimant.

2. Counsel and Mr. Crawford shall prepare a proposed final pretrial conference order in accordance with NECivR 16.2 and submit it to the undersigned magistrate judge by **May 3, 2011**.

DATED this 3rd day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge