IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:10CV120 |
| | ) | |
| $16,605.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 5th day of May, 2011, this matter comes on before the Court upon the Stipulation of the parties (Filing No. 15). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Twelve thousand six hundred five dollars of the Defendant property should be returned to the Claimant, Adam Crawford.

2. Pursuant to this Court's Order dated April 2, 2010, the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on June 4, 2010. In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property, other than Mr. Crawford.

3. The balance of the Defendant property, viz., $4,000.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Twelve thousand six hundred five dollars of the Defendant property shall be returned to the Claimant, Adam Crawford, by delivering the same to the Claimant's bank account.

C. Pursuant to this Court's Order dated April 2, 2010, the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on June 4, 2010. No person or entity other than Adam Crawford has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $4,000.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The U. S. Marshals Service shall dispose of said $4,000.00 in accordance with law.

F. Upon Mr. Crawford's receipt of the $12,605.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$16,605.00 IN UNITED STATES CURRENCY,
Defendant, and ADAM CRAWFORD, Claimant

By: _____  4/12/11
    ADAM CRAWFORD
    Pro Se Claimant